IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 21 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| ALLEN THOMAS JONES,   )   | |
|     Petitioner,   ) | Civil Action No. 7:07cv00062 |
| )   | |
| v.   )   | **FINAL ORDER** |
| )   | |
| JOHN LOMOSS,   )   | By: Samuel G. Wilson |
|     Respondent.   )   | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Jones' 28 U.S.C. § 2241 petition shall be and hereby is **DISMISSED** without prejudice and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

ENTER: This 21st day of February, 2007.

_____
United States District Judge