CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALLEN THOMAS JONES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07cv00062 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOHN LOMOSS, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Jones' 28 U.S.C. § 2241 petition shall be and hereby is **DISMISSED** without prejudice and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

**ENTER:** This 21 day of February, 2007.

_____
United States District Judge